

U.S. Department of Justice

United States Attorney's Office
District of New Jersey
*Civil Division*

---

*Brooks E. Doyne*
*Assistant United States Attorney*

970 Broad Street, Suite 700
Newark, NJ 07102
brooks.doyne@usdoj.gov

main: (973) 645-2700
direct:(973) 297-4390

February 2, 2026

**BY ECF**
Hon. Madeline Cox Arleo, U.S.D.J.
United States District Court
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

    Re:   *Martinez-Cruz v. Soto,* No. 25-18254 (MCA)
            Bond Hearing Outcome

Dear Judge Arleo:

    This Office represents Respondents in this habeas matter. We respectfully write to confirm that Petitioner received an individualized bond hearing today, February 2, 2026. Specifically, an Immigration Judge denied Petitioner's bond because Petitioner was determined to be a flight risk. We therefore respectfully request that Your Honor close this case.

    We thank the Court for its attention to this matter.

                              Respectfully submitted,

                              TODD BLANCHE
                            U.S. Deputy Attorney General

                            JORDAN FOX
                            Chief of Staff to the Deputy
                             Attorney General
                            Associate Deputy Attorney General
                            Special Attorney

                    By:    */s Brooks E. Doyne*
                            BROOKS E. DOYNE
                            Assistant U.S. Attorney
                            *Attorneys for Respondents*

Case is closed.
SO ORDERED

   *s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

cc: Counsel of record (by ECF)

Date:  2/3/26

2